# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS

JASON TREIGLE

CASE NO. 3:09mj296

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JASON TREIGLE__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer an

### Order of Court

charging him or her with:

FAILURE TO APPEAR

in violation of Title 18 United States Code, Section(s) 3146

William M. McCool
Name of Issuing Officer

[signature]
Deputy Clerk: Irma McCain-Coby

Clerk of Court
Title of Issuing Officer

January 6, 2010    Pensacola
Date and Location

Bail fixed at $_____
and/or in accordance with Comprehensive Crime Control Act of 1984.

by __Miles Davis__
       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# U.S. District Court
## Northern District of Florida (Pensacola)
### CRIMINAL DOCKET FOR CASE #: 3:09-mj-00296-MD-1

Case title: USA v. TREIGLE                    Date Filed: 10/06/2009

Assigned to: MAGISTRATE JUDGE MILES DAVIS

**Defendant (1)**

JASON N TREIGLE                represented by    M JAMES JENKINS
                                                 M JAMES JENKINS PA - PENSACOLA FL
                                                 1211 W GARDEN ST
                                                 PENSACOLA, FL 32501
                                                 850/434-9304
                                                 Fax: 434-5558
                                                 Email: mjj7000@cox.net
                                                 *TERMINATED: 01/06/2010*
                                                 *ATTORNEY TO BE NOTICED*

**Pending Counts**                                **Disposition**

TRAFFIC OFFENSES, DRUNKEN DRIVING
(1)

TRAFFIC OFFENSES, OTHER
(DRIVING WITHOUT A VALID DRIVER'S LICENSE)
(2)

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

None

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **AMBER SPURLOCK**<br>AAC/JA - EGLIN AFB FL<br>501 W VAN MATRE AVE BLDG 2<br>STE 1<br>EGLIN AFB, FL 32542-5487<br>850-882-8012<br>Fax: 850-882-6176<br>Email: amber.spurlock@eglin.af.mil<br>*TERMINATED: 12/01/2009*<br>*LEAD ATTORNEY*<br><br>**MEREDITH STEER**<br>AAC/JA - EGLIN AFB FL<br>501 W VAN MATRE AVE BLDG 2<br>STE 1<br>EGLIN AFB, FL 32542-5487<br>850-882-8245<br>Fax: 850-882-6176<br>Email: meredith.steer@eglin.af.mil<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**STEPHEN P PREISSER**<br>US ATTORNEY - PENSACOLA FL<br>21 E GARDEN ST<br>STE 400<br>PENSACOLA, FL 32502<br>850/444-4000<br>Fax: 434-9050<br>Email: stephen.preisser@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2009 | 1 | INFORMATION as to JASON N TREIGLE (1) count(s) 1, 2. (jra) (Entered: 10/07/2009) |
| 12/15/2009 | 3 | NOTICE OF ATTORNEY APPEARANCE: M JAMES JENKINS appearing for JASON N TREIGLE (JENKINS, M) (Entered: 12/15/2009) |
| 12/16/2009 | 4 | Minute Entry for proceedings held before MAGISTRATE JUDGE ELIZABETH M TIMOTHY:Initial Appearance as to JASON N TREIGLE held on 12/16/2009. (ijm) (Entered: 12/17/2009) |
| 12/16/2009 | 5 | Minute Entry for proceedings held before MAGISTRATE JUDGE ELIZABETH M TIMOTHY:Arraignment as to JASON N TREIGLE (1) Count 1,2 held on 12/16/2009 (ijm) (Entered: 12/17/2009) |

| | | |
|---|---|---|
| 12/16/2009 | 6 | DOCKET ANNOTATION BY COURT: Status Conference scheduled on 1/5/10 at 9:00 am. Upon defense counsels confirmation of attorney status the hearing will be canceled as to JASON N TREIGLE: (ijm) (Entered: 12/17/2009) |
| 12/17/2009 | 7 | ORDER setting jury trial as to JASON N TREIGLE Jury Trial set for **2/1/2010 09:00 AM** in U.S. Courthouse Pensacola before MAGISTRATE JUDGE MILES DAVIS. Signed by MAGISTRATE JUDGE ELIZABETH M TIMOTHY on 12/17/09. (jra) (Entered: 12/18/2009) |
| 12/29/2009 | 8 | MOTION to Withdraw as Attorney *for the Defendant* by M. James Jenkins. by JASON N TREIGLE. (JENKINS, M) (Entered: 12/29/2009) |
| 12/29/2009 | | Judge update in case as to JASON N TREIGLE. MAGISTRATE JUDGE MILES DAVIS added. MAGISTRATE JUDGE ELIZABETH M TIMOTHY no longer assigned to case. (jra) (Entered: 12/29/2009) |
| 12/29/2009 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE MILES DAVIS notified that action is needed Re: 8 MOTION to Withdraw as Attorney *for the Defendant* by M. James Jenkins. Referred to MILES DAVIS. (jra) (Entered: 12/29/2009) |
| 12/29/2009 | 9 | \*\*VACATED RE ORDER DOC 10\*\* ORDER deferring ruling on 8 Motion to Withdraw as Attorney as to JASON N TREIGLE (1). Counsel must confirm that defendant has received a copy of this order and the motion within 2 days. Substitute counsel must appear no later than 1/4/10. If no substitute counsel, defendant and Mr. Jenkins must appear at the status hearing previously set for 1/5/10 at 9:00 a.m. Signed by MAGISTRATE JUDGE MILES DAVIS on 12/29/09. (jra) (Entered: 12/29/2009) |
| 12/30/2009 | 10 | AMENDED ORDER deferring ruling on 8 Motion to Withdraw as Attorney as to JASON N TREIGLE (1). The Court's order of 12/29/09 is VACATED. Counsel must confirm within 2 days that defendant has been provided with a copy of the motion & this order. The Status Conference has been rescheduled for 1/6/10 at 1:30 p.m., and unless substitute counsel appears by 1/4/10, the defendant and Mr. Jenkins must be present at the Status Conference. Signed by MAGISTRATE JUDGE MILES DAVIS on 12/30/09. (jra) (Entered: 12/30/2009) |
| 12/30/2009 | | Set/Reset Hearings as to JASON N TREIGLE: Status Conference re: counsel set for **1/6/2010 01:30 PM** in U.S. Courthouse Pensacola before MAGISTRATE JUDGE MILES DAVIS. (jra) (Entered: 12/30/2009) |
| 12/31/2009 | 11 | ACKNOWLEDGMENT by JASON N TREIGLE *Notice of Compliance with Amended Order* (JENKINS, M) (Entered: 12/31/2009) |
| 01/06/2010 | 12 | Minute Entry for proceedings held before MAGISTRATE JUDGE MILES DAVIS:Status Conference re-counsel as to JASON N TREIGLE held on 1/6/2010. Defendant failed to appear. Court ordered warrant issued. Oral order granting Motion to Withdraw by James Jenkins. (Court Reporter CD.) (ijm) (Entered: 01/06/2010) |
| 01/06/2010 | 13 | ORAL ORDER GRANTING re 8 MOTION to Withdraw as Attorney *for the Defendant* by M. James Jenkins as to defendant JASON N TREIGLE. By MAGISTRATE JUDGE MILES DAVIS on 1/6/10. (ijm) (Entered: 01/06/2010) |

| 01/06/2010 | | Attorney update in case as to JASON N TREIGLE. Attorney M JAMES JENKINS terminated. (ijm) (Entered: 01/06/2010) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 01/06/2010 16:05:02 ||||
| PACER Login: | us3662 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:09-mj-00296-MD |
| Billable Pages: | 2 | Cost: | 0.16 |